# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LEHIGH CONCRETE, INC. AND ALLEN GRUBER | : | No. 643 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| RANDY BULT, TRAVIS BULT AND DIRT WORK SOLUTIONS, LLC | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: DIRT WORK SOLUTIONS, LLC | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.